UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MOODY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:19-CV-737-SRW |
| v. ) | |
| ) | |
| CARRIE BAGGETT, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the undersigned counsel for the Plaintiff, and files this his Notice of Voluntary Dismissal Without Prejudice.

When this matter was filed, the Plaintiff had a legitimate belief that the service address for Defendant was correct. However, no service has been perfected at this time due to insufficient or incorrect service address.

The Plaintiff is in the process of obtaining the correct service address and once the appropriate service address is fully known, the undersigned will refile this matter to fully comply with Federal Rules of Civil Procedure.

Respectfully submitted this the 14th day of July 2020.

/s/ *Bridget M. Ballentine*
Bridget M. Ballentine (ASB-3487-G61W)
Attorney for Plaintiff